**Order entered June 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00081-CV

**IN RE SUSAN E. JONES, INDEPENDENT EXECUTRIX OF THE ESTATE OF FRANCES J. HUTCHINS, DECEASED, Relator**

**Original Proceeding from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-12-00182-3**

## ORDER
Before Justices Lang-Miers, Evans, and Whitehill

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** the writ of mandamus. We **ORDER** the trial judge, the Honorable Margaret Jones-Johnson, Judge of Probate Court No. 3, Dallas County, Texas, to **VACATE** her October 30, 2015 order granting a new trial. If she fails to comply with this order, the writ will issue. We **ORDER** the trial judge to file with this Court, **within 30 days of the date of this order**, a certified copy of her order issued in compliance with this order. Relator has not sought recovery of costs in this proceeding, so we **ORDER** each party to bear its own costs of this original proceeding.

/s/     BILL WHITEHILL
          JUSTICE